B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **09−02511**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/27/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Vincent Michael Arquinez<br>45−117 Mikihilina Street<br>Kaneohe, HI 96744 | Anela Katherine Arquinez<br>dba RQZ Event Professionals<br>45−117 Mikihilina Street<br>Kaneohe, HI 96744 |
| Case Number:<br>09−02511 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−5473<br>xxx−xx−8900 |
| Attorney for Debtor(s) (name and address):<br>Gregory T. Dunn<br>841 Bishop Street, Suite 2221<br>Honolulu, HI 96813<br>Telephone number: 808.524.4529 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

## Meeting of Creditors

Date: **December 4, 2009**      Time: **10:30 AM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/2/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250L<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 10/27/09 |

# EXPLANATIONS  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: darlene              Page 1 of 2           Date Rcvd: Oct 28, 2009
Case: 09-02511                Form ID: b9a               Total Noticed: 41
```

The following entities were noticed by first class mail on Oct 30, 2009.
```
db/jdb     +Vincent Michael Arquinez,   Anela Katherine Arquinez,   45-117 Mikihilina Street,
             Kaneohe, HI 96744-2329
aty        +Gregory T. Dunn,   841 Bishop Street, Suite 2221,   Honolulu, HI 96813-3921
tr         +Dane S. Field,    P.O. Box 4198,   Honolulu, HI 96812-4198
972143     +ALI A. MAHMOODI,   7429 76TH DRIVE NORTHEAST,   Marysville, WA 98270-6512
972144     +ALLIED INTERSTATE,   3000 CORPORATE EXCHANGE DRIVE,,   5TH FLOOR,   Columbus, OH 43231-7723
972147     +BENEFICIAL,   P.O. BOX 3425,   Buffalo, NY 14240-3425
972148      CENTRAL PACIFIC BANK,   P.O. BOX 15019,   Wilmington, DE 19886-5019
972150     +CMRE FINANCIAL SERVICE, INC.,   3075 EAST IMPERIAL HIGHWAY, STE 200,   Brea, CA 92821-6753
972151     +CREDIT ASSOCIATES OF MAUI, LTD.,   1817 WELLS STREET,   P.O. BOX 1074,   Wailuku, HI 96793-1074
972152      EWA EMERGENCY GROUP, LLC,   P.O. BOX 400,   San Antonio, TX 78292-0400
972153      FINANCIAL RECOVERY SERVICES, INC.,   P.O. BOX 385908,   Minneapolis, MN 55438-5908
972154     +GC SERVICES,   725 TOLLGATE ROAD, SUITE E,   Elgin, IL 60123-9335
972155      GC SERVICES,   4777 HILTON CORPORATION DRIVE,   Pickerington, OH 43147
972156     +GC SERVICES LIMITED PARTNERSHIP,   6330 GULFTON,   Houston, TX 77081-1198
972157      GE MONEY BANK / OLD NAVY,   ATTN: BANKRUPTCY DEPT.,   P.O. BOX 103104,   Roswell, GA 30076
972158     +GLOBAL RECOVERY SERVICES,   ATTN: CCA,   7805 HUDSON ROAD, SUITE 100,   Saint Paul, MN 55125-1595
972159     +HAWAII STATE PUBLIC LIBRARY SYSTEM,   3225 SALT LAKE BLVD., SUITE 202A,   Honolulu, HI 96818-2126
972160     +HAWAIIAN ELECTRIC COMPANY, INC.,   ATTN: COLLECTIONS,   P.O. BOX 2750,   Honolulu, HI 96840-0001
972161     +HAWAIIAN TELCOM,   P.O. BOX 2200,   Honolulu, HI 96841-0001
972162      HAWAIIAN TELCOM,   P.O. BOX 9688,   Mission Hills, CA 91346-9688
972163     +IC SYSTEM, INC.,   P.O. BOX 64378,   Saint Paul, MN 55164-0378
972165      LAND ROVER CAPITAL GROUP,   P.O. BOX 542000,   Omaha, NE 68154-8000
972166      LVNV FUNDING, L.L.C.,   AMERICAN CORADIUS INTERNATIONAL LLC,   2420 SWEET HOME ROAD, SUITE 150,
             Buffalo, NY 14228-2244
972168      MEDCAH, INC.,   P.O. BOX 1187,   Kailua, HI 96734-1187
972170      NCO FINANCIAL SYSTEMS, INC.,   1001 BISHOP STREET,   PAUAHI TOWER, UNIT 320,
             Honolulu, HI 96813-3429
972171     +OCEANIC TIME WARNER CABLE,   P.O. BOX 860200,   WAHIAWA, HI 96786
972172     +OMNI CREDIT SERVICES, INC.,   333 BISHOPS WAY, SUITE 100,   Brookfield, WI 53005-6223
972173     +OMNI CREDIT SVCS. OF FLORIDA, INC.,   4710 EISENHOWER BLVD., SUITE B3,   Tampa, FL 33634-6300
972174    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,   120 CORPORATE BLVD., SUITE 100,
             Norfolk, VA 23502-4962)
972175    ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX 75235-1655
            (address filed with court: REAL TIME RESOLUTIONS, INC.,   1750 REGAL ROW, SUITE 120,
             Dallas, TX 75235-2287)
972176      SEARS,   P.O. BOX 7901,   Des Moines, IA 50322-9401
972177     +STATE OF HAWAII,   DEPT. OF TAXATION,   P.O. BOX 1425,   Honolulu, HI 96806-1425
972178     +TRANSWORLD SYSTEMS, INC.,   P.O. BOX 1864,   Santa Rosa, CA 95402-1864
972179     +UNITED COLLECTION BUREAU, INC.,   5620 SOUTHWYCK BLVD., SUITE 206,   Toledo, OH 43614-1501
```

The following entities were noticed by electronic transmission on Oct 28, 2009.
```
tr         +EDI: QDSFIELD.COM Oct 28 2009 20:43:00      Dane S. Field,   P.O. Box 4198,
             Honolulu, HI 96812-4198
972145      EDI: BANKAMER.COM Oct 28 2009 20:43:00      BANK OF AMERICA,   P.O. BOX 15026,
             Wilmington, DE 19850-5026
972146      E-mail/PDF: ebknotice@boh.com Oct 29 2009 08:07:32      BANK OF HAWAII,   P.O. BOX 2715,
             Honolulu, HI 96803-2715
972149      EDI: CHASE.COM Oct 28 2009 20:43:00      CHASE,   P.O. BOX 15298,   Wilmington, DE 19850-5298
972164      EDI: IRS.COM Oct 28 2009 20:43:00      INTERNAL REVENUE SERVICE,   P.O. BOX 21126,
             Philadelphia, PA 19114
972167     +EDI: TSYS2.COM Oct 28 2009 20:43:00      MACY'S,   1345 SOUTH 52ND STREET,   Tempe, AZ 85281-6970
972169      EDI: NESF.COM Oct 28 2009 20:43:00      NATIONAL ENTERPRISE SYSTEMS,   29125 SOLON ROAD,
             Solon, OH 44139-3442
972180     +E-mail/Text: priscilla.lacey@vonage.com                              VONAGE,   CUSTOMER SERVICE,
             23 MAIN STREET,   Holmdel, NJ 07733-2136
                                                                                                 TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**                    **Signature:**   *Joseph Speetjens*